JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01117-DOC Date: September 9, 2026

Title: Amy Kaufman v. JPMorgan Chase Bank, N.A. et al

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| | |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER DISMISSING ACTION**

In light of the dismissal of certain Defendants [ECF 55, 56, 62] and the stay of proceedings as to the remaining Defendants pending arbitration [ECF 39, 50], no claims remain for active adjudication before this Court.

Accordingly, the Court orders this action dismissed with prejudice as to Defendant JPMORGAN CHASE BANK, N.A., and without prejudice as to all other named defendants. All pending deadlines and hearings are hereby vacated and removed from calendar.

This order does not affect the rights of any party to seek appropriate relief following completion of the arbitration proceedings.

IT IS SO ORDERED.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu